**Order entered January.23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00413-CR

**VINCENT PASCO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-59001-Y**

## ORDER

This Court has issued two orders directing Sharon Hazlewood, now former official court reporter of the Criminal District Court No. 7, to file State's Exhibit no. 42 and Defendant's Exhibit no. 1. To date, Ms. Hazlewood has not complied with this Court's order, nor has she communicated with the Court regarding the status of those exhibits. The appeal cannot proceed until the exhibits are filed.

Accordingly, this Court **ORDERS** the trial court to make findings regarding the following:

- Whether the record can be supplemented with State's Exhibit no. 42 and Defendant's Exhibit no. 1. If the trial court finds that the record can be supplemented with the exhibits, we **ORDER** that the trial court have court reporter Sharon Hazlewood surrender the exhibits to the trial court and that the findings be filed in this Court accompanied by the two exhibits.

- If the trial court finds that the record cannot be supplemented with State's Exhibit no. 42 and Defendant's Exhibit no. 1, the trial court shall determine whether appellant is at fault for the loss or destruction of the exhibits and whether the parties can agree on a substituted record.

We **ORDER** the trial court to transmit its written findings, any orders, and any supporting documentation to this Court within **THIRTY DAYS** of the date of this order. Additionally, if the record can be supplemented with the exhibits, we **ORDER** that the exhibits be filed with the trial court's findings.

Due to Sharon Hazlewood's continued failure to comply with this Court's orders regarding these exhibits, we further **ORDER** that Sharon Hazlewood remain under the Court's January 6, 2015 order that she not sit as a court reporter in any court pending resolution of the issue related to these exhibits.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Vearneas Faggett, official court reporter, Criminal District Court No. 7; Sharon Hazelwood, former official court reporter, Criminal District Court No. 7; the Dallas County Auditor's Office; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received.

/s/     LANA MYERS
        JUSTICE